IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL HOLLOWAY**
**ADC #142665**                                                                    **PLAINTIFF**

v.                                      No. 5:13-cv-44-DPM

**RAY HOBBS**, Director, Arkansas
Department of Correction; **GAYLON LAY**,
Warden, Cummins Unit, ADC; and **BRIAN**
**LEVENGOOD**, Sergeant, Cummins Unit, ADC                      **DEFENDANTS**

### ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, № 33. Holloway has not objected. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal in full. The Court grants Defendants' motion for summary judgment, № 26.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2013