IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL HOLLOWAY
ADC #142665                                                            PLAINTIFF

v.                          No. 5:13-cv-44-DPM

RAY HOBBS, Director, Arkansas
Department of Correction; GAYLON LAY,
Warden, Cummins Unit, ADC; and BRIAN
LEVENGOOD, Sergeant, Cummins Unit, ADC          DEFENDANTS

## JUDGMENT

Holloway's official capacity claims are dismissed with prejudice. All his remaining claims are dismissed without prejudice. All claims having been adjudicated, this case is dismissed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 October 2013